**ESSEX ELECTRO ENGINEERS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Aviation Ground Equipment Corp., Defendant–Appellee.**

**No. 2011–5016.**

United States Court of Appeals, Federal Circuit.

Feb. 9, 2011.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

**ON MOTION**

LINN, Circuit Judge.

**ORDER**

Essex Electro Engineers, Inc., moves for a stay, pending disposition of this appeal, of various orders and the judgment entered by the United States Court of Federal Claims. Essex also moves for an injunction and submits a "supplemental motion" in which it raises new arguments. Aviation Ground Equipment Corp. opposes. The United States opposes.

To obtain a stay or an injunction, pending appeal, a movant must establish a strong likelihood of success on the merits or, failing that, nonetheless demonstrate a substantial case on the merits provided that the harm factors militate in its favor. *Standard Havens Prods. v. Gencor Indus.,* 897 F.2d 511, 513 (Fed.Cir.1990) (citing *Hilton v. Braunskill,* 481 U.S. 770, 778, 107 S.Ct. 2113, 95 L.Ed.2d 724 (1987)). In deciding whether to grant a stay, pending appeal, this court "assesses the movant's chances of success on the merits and weighs the equities as they affect the parties and the public." *E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.,* 835 F.2d 277, 278 (Fed.Cir.1987); *see also Standard Havens Prods.,* 897 F.2d at 513.

Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, this court determines that Essex Electro Engineers, Inc. has not met its burden to obtain a stay or an injunction.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.